| No | IP | Port | Hit Date UTC | File Name | File Hash | ISP | Region |
|---|---|---|---|---|---|---|---|
| 1 | 174.239.4.237 | 3009 | 4/30/2018 3:23 | Hitman's Bodyguard 2017 DUAL AUDIO 1080p HDRip-x264-[Eng-Hin]AAC-Zi$t-WWRG | SHA1: 19A41E2D9425C1809EFE7FB0B4571C372F495E76 | Verizon Wireless | Hawaii |
| 2 | 174.239.0.225 | 9499 | 4/27/2018 2:17 | Hitman's Bodyguard 2017 DUAL AUDIO 1080p HDRip-x264-[Eng-Hin]AAC-Zi$t-WWRG | SHA1: 19A41E2D9425C1809EFE7FB0B4571C372F495E76 | Verizon Wireless | Hawaii |
| 3 | 174.239.3.63 | 5395 | 3/16/2018 8:18 | Hitman's Bodyguard 2017 DUAL AUDIO 1080p HDRip-x264-[Eng-Hin]AAC-Zi$t-WWRG | SHA1: 19A41E2D9425C1809EFE7FB0B4571C372F495E76 | Verizon Wireless | Hawaii |
| 4 | 174.239.2.217 | 10215 | 3/15/2018 10:02 | Hitman's Bodyguard 2017 DUAL AUDIO 1080p HDRip-x264-[Eng-Hin]AAC-Zi$t-WWRG | SHA1: 19A41E2D9425C1809EFE7FB0B4571C372F495E76 | Verizon Wireless | Hawaii |

**Exhibit "1"**