# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn Temple Claggett*

Acting United States Register of Copyrights and Director

**Registration Number**

**PAu 3-844-508**

Effective Date of Registration:
July 14, 2017

## Title

| | |
|---|---|
| Title of Work: | The Hitman's Bodyguard |
| Nature of Claim: | Motion Picture |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2017 |

## Author

| | |
|---|---|
| • Author: | Bodyguard Productions, Inc. |
| Author Created: | Entire Film |
| Work made for hire: | Yes |
| Domiciled in: | United States |
| Anonymous: | No |
| Pseudonymous: | No |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Bodyguard Productions, Inc.<br>318 N. Carson Street, #208  Carson City, NV 89701 |

## Limitation of copyright claim

| | |
|---|---|
| Previously registered: | Yes |
| Previous registration and year: | PRE000009432, 2017 |
| Basis of current registration: | This is a changed version of the work. |
| New material included in claim: | Cinematographic material including performance, production as a motion picture, editing and all audio visual elements including photography, dialogue, music and special effects. |

## Certification

| | |
|---|---|
| Name: | Michael A. Hierl |
| Date: | July 13, 2017 |

Exhibit "2"