© 2017 BODYGUARD PRODUCTIONS, INC.
All Rights Reserved.

BODYGUARD PRODUCTIONS, INC. is the author and creator of this motion picture for purposes of copyright and other laws in all countries throughout the world.

This motion picture is protected under laws of the United States and other countries. Any unauthorized exhibition, distribution or reproduction of this motion picture or videotape of any part thereof (including the soundtrack) may result in civil and criminal penalties.

This motion picture is registered with the IFTA® anti-piracy program.

The events, characters and firms depicted in this motion picture are fictitious. Any similarity to actual persons, living or dead, or to actual firms is purely coincidental.



NO. 51015
MOTION PICTURE ASSOCIATION OF AMERICA



SAG·AFTRA.

Exhibit "3"